**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jonathan CHIMNEY, Defendant–**
**Appellant.**

No. 03–20554.

Conference Calendar

United States Court of Appeals,
Fifth Circuit.

Feb. 18, 2004.

---

James Lee Turner, Assistant US Attorney, David Hill Peck, US Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Roland E. Dahlin, II, Federal Public Defender, Marjorie A. Meyers, Omar F. Guerra Johansson, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, EMILIO M. GARZA, and PRADO, Circuit Judges.

PER CURIAM.*

Jonathan Chimney appeals his guilty-plea conviction and sentence imposed for conspiracy and possession of more than 50 grams of cocaine base in violation of 21 U.S.C. §§ 841 and 846.

Chimney argues that the supervised release condition which prohibits him from possessing dangerous weapons conflicts with the district court's oral pronouncement of the sentence and must be deleted. The Sentencing Guidelines recommend that all defendants who have been convicted of a felony be prohibited from possessing any dangerous weapon during the term of supervised release. U.S.S.G. § 5D1.3(d)(1). "If the district court orally imposes a sentence without stating the conditions applicable to this period of supervision, the judgment's inclusion of conditions that are mandatory, standard, or recommended by the Sentencing Guidelines does not create a conflict with the oral pronouncement." *United States v.*

*Torres–Aguilar,* 352 F.3d 934, 938 (5th Cir.2003).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.